■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN MOKONE, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Thomas v LeFevre, 102 AD2d 925). Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.

■ In the Matter of the ALBANY PORT DISTRICT COMMISSION, Appellant, v EDWARD B. FITZPATRICK JR. CONSTRUCTION Co., INC., Respondent.—Motion denied, without costs. Petitioner is entitled to a stay pending appeal of enforcement of the order of Special Term dated August 4, 1985 pursuant to CPLR 5519 (a) (1). Accordingly, it is the opinion of this court that the arbitration proceeding in this matter is stayed pending appeal. Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.